**Timothy Lamont HAZEL,**
**Petitioner–Appellant,**

v.

**J.R. HUNT, Superintendent,**
**Respondent–Appellee.**

No. 01–6084.

United States Court of Appeals,
Fourth Circuit.

Submitted April 12, 2001.

Decided April 18, 2001.

Timothy Lamont Hazel, pro se. Clarence Joe DelForge, III, Office of the Attorney General of North Carolina, Raleigh, NC, for appellee.

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

PER CURIAM.

Timothy Lamont Hazel seeks to appeal the magistrate judge's * order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the

reasoning of the district court. *See Hazel v. Hunt,* No. CA–00–564–1 (M.D.N.C. June 9, 2000). We further deny Hazel's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

---

* The parties consented to the jurisdiction of the magistrate judge pursuant to 28 U.S.C. § 636(c) (1994).